THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL I. BECKER, Appellant, against WARDEN OF BELLEVUE PRISON WARD et al., Respondents.

Submitted October 3, 1951; decided October 18, 1951.

Motion for reargument denied.   [See 302 N. Y. 944.]

LILLIAN PERELMAN, Respondent, *v.* SAMUEL SPITZER, Appellant.

Submitted October 15, 1951; decided October 18, 1951.

Motion for reargument of motion for leave to appeal granted and, upon reargument, motion for leave to appeal denied, with $10 costs and necessary printing disbursements.   [See 303 N. Y. 614.]